IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Aidan Forsyth, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:23-cv-04875 |
| KSO METALFAB, INC., and DORA KUZELKA, | ) ) | Judge Manish S. Shah |
| Defendants. | ) ) | |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants, Dora Kuzelka ("Dora") and KSO Metalfab, Inc ("KSO"), by their undersigned attorneys, pursuant to Fed. R. Civ. P. 12(b)(6), moves this Court for entry of an order dismissing all counts of United States' Complaint. In Support, Defendants state as follows:

1. The Complaint does not plausibly plead causation as required by the False Claims Act.

2. The damages sought in the Complaint would violate the Excessive Fines Clause of the Eighth Amendment.

3. The Complaint does not state a claim for unjust enrichment.

4. Defendants incorporate herein their supporting Memorandum.

**WHEREFORE**, Defendants respectfully move for an order dismissing all counts of the Complaint, and for such other relief as this Court deems necessary and just.

Date: April 6, 2026

Respectfully submitted,

KSO Metalfab, Inc. and Dora Kuzelka

By: */s/Gary Hollander*
Gary P. Hollander (ARDC #6181915)
Khoa Trinh (ARDC #6351044)

ARONBERG GOLDGEHN
225 W. Washington St. Suite 2800
Chicago, Illinois 60606
(312) 923-7336
ghollander@agdglaw.com
ktrinh@agdglaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Khoa D. Trinh, hereby certify that on April 7, 2026 I caused to be electronically filed the foregoing ***DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT***, true and correct copies of which will be served via the Court's EF/ECM system on all parties of record.

/s/ Khoa D. Trinh