IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, | ) | |
| Aidan Forsyth, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-04875 |
| | ) | |
| KSO METALFAB, INC., and DORA KUZELKA, | ) | Judge Manish S. Shah |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS INSTANTER**

Defendants Dora Kuzelka and KSO Metalfab, Inc. ("Defendants"), by their attorneys, respectfully move this Court for leave to file their Amended Memorandum in Support of their Rule 12(b)(6) Motion to Dismiss instanter, and in support state as follows:

1. On April 7, 2026, Defendants filed their Motion to Dismiss pursuant to Rule 12(b)(6) (Dkt. 35) and Supporting Memorandum. Dkt. 36.

2. Due to an inadvertent filing error, Defendants attached their exhibits to their Motion, not the supporting Memorandum.

3. Defendants now seek leave to file their Amended Memorandum in Support of Defendants' Rule 12(b)(6) Motion to Dismiss, attached hereto as Exhibit 1, instanter. The Amended Memorandum also includes a minor correction to a docket citation on Page 2.

4. This request will not prejudice Plaintiff or delay this case because the Amended Memorandum is substantively identical to Defendants' original Memorandum.

5. Plaintiff's counsel does not object to this Motion.

WHEREFORE, Defendants respectfully request that the Court grant leave to file their Amended Memorandum in Support of their Rule 12(b)(6) Motion to Dismiss, instanter, and for such other relief as the Court deems just and appropriate.

Date: April 14, 2026

Respectfully,

KSO Metalfab, Inc. and Dora Kuzelka

By: */s/Gary Hollander*
Gary P. Hollander (ARDC #6181915)
Khoa Trinh (ARDC #6351044)
ARONBERG GOLDGEHN
225 W. Washington St. Suite 2800
Chicago, Illinois 60606
(312) 923-7336
ghollander@agdglaw.com
ktrinh@agdglaw.com

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I, Khoa D. Trinh, hereby certify that on April 14, 2026 I caused to be electronically filed the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS INSTANTER**, true and correct copies of which will be served via the Court's EF/ECM system on all parties of record.

/s/ Khoa D. Trinh

3