UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23 C 4875 |
| | ) | |
| KSO METALFAB, INC., and DORA KUZELKA, | ) | Judge Shah |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Plaintiff, the United States of America, on behalf of the U.S. Small Business Administration (SBA), by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, and defendants, KSO Metalfab, Inc. and Dora Kuzelka, by their attorneys, Gary P. Hollander and Khoa D. Trinh, file this joint status report, stating:

1.      On April 1, 2026, the court set a briefing schedule on defendants' motion to dismiss and set a due date for Rule 26(a) initial disclosures (June 8, 2026) in this False Claims Act paycheck protection program case. Dkt. 34.

2.      The parties complied with the briefing schedule and the motion to dismiss is fully briefed.  Dkt. 40-42.

3.      The parties also exchanged their initial disclosures as ordered.  The parties have not exchanged documents or served discovery requests.

4.      The April 1, 2026, order also required the parties to file this status report by June 22, 2026, stating the parties' positions about conducting discovery while the motion to dismiss is under advisement.  Dkt. 34.

5.      The parties have met and conferred and agree that further discovery should be stayed pending the court's resolution of defendants' motion to dismiss.


FOR THE UNITED STATES                Respectfully submitted,

                                     ANDREW S. BOUTROS
                                     United States Attorney

                                     By: s/ Kurt N. Lindland
                                         KURT N. LINDLAND
                                         Assistant United States Attorney
                                         219 South Dearborn Street
                                         Chicago, Illinois 60604
                                         (312) 353-4163
                                         kurt.lindland@usdoj.gov

FOR THE DEFENDANTS                   KSO METALFAB, INC., and DORA KUZELKA

                                     By: s/ Gary P. Hollander
                                         Gary P. Hollander
                                         Khoa D. Trinh
                                         225 West Washington Street, Suite 2800
                                         Chicago, Illinois 60606
                                         (312) 755-3131
                                         ghollander@agdglaw.com
                                         ktrinh@agdglaw.com