**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

United States of America, et al.
Plaintiff,
v.
Case No.: 1:23−cv−04875
Honorable Manish S. Shah
KSO Metalfab Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2026:

MINUTE entry before the Honorable Manish S. Shah: The motion to withdraw as attorney [49] is granted, and no appearance is necessary. Attorneys Gary Phillip Hollander and Khoa D. Trinh are terminated as counsel of record. If new counsel for defendants does not enter an appearance by 12/10/26, an order of default will be entered against KSO Metalfab, Inc. and the court will expect defendant Dora Kuzelka to continue pro se. Defendants' deadline to answer the complaint is extended to 12/17/26. Mailed Notice. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.